SENECA WIRE AND MANUFACTURING COMPANY, Appellant, *v.* A. B. LEACH & COMPANY, INC., Respondent.

LUCIAN E. KINN, Appellant, *v.* A. B. LEACH & COMPANY, INC., Respondent.

Appeal by the respective plaintiffs from judgments of the Supreme Court, entered in the New York county clerk's office on January 7, 1926, dismissing the respective complaints herein at the end of the plaintiff's case.

Judgments affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent.

FINCH, J. (dissenting). I dissent and vote for a reversal of the judgment and the granting of a new trial, upon the ground that the plaintiff's evidence established a representation that application to list the securities had been made. As it was conceded by the answer and upon the trial that such application had not been made, a *prima facie* case was made out. Moreover, plaintiff offered a letter of defendant's attorney showing there never had been even an intention to list. This fact could be proven by this letter if authority was found to bind the defendant. The plaintiff had a right to insist upon the factor of listing as a condition of his purchase and to rescind if the representation was false. (*Adams* v. *Gillig*, 199 N. Y. 314; *Ritzwoller* v. *Lurie*, 225 id. 464.) The fact that the misrepresentation of the agent may have been innocently made and without authority, does not prevent plaintiff from rescinding upon this ground. (*Lauer* v. *Raymond*, 190 App. Div. 319; *Hammond* v. *Pennock*, 61 N. Y. 145; *Carr* v. *National Bank & Loan Co.*, 167 id. 375, 380.)

---

EIGHTY-FIVE RIVERSIDE DRIVE CORPORATION, Appellant, v. FREDERICK HAMBROCK, Respondent.— Order modified by granting plaintiff leave to serve an amended complaint within five days after service of order, and upon payment of ten dollars costs and disbursements of this appeal and ten dollars costs of motion at Special Term, and as so modified affirmed. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents and votes for reversal.

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee, etc., v. CORNELIA NEILSON VAN RENSSELAER and Others, Defendants. ORLANDO H. VAN RENSSELAER, Defendant, Appellant; GUY EDDIE, Defendant, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the printed papers on appeal herein to be served and filed on or before January 21, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY FRIENDLICH.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

YOUNG WOMEN'S CHRISTIAN ASSOCIATION OF THE CITY OF NEW YORK v. THE CITY OF NEW YORK.— Preference granted for the 1st day of February, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY FOX v. THE CITY OF NEW YORK.— Preference granted for the 12th day of January, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.